## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN K. LUMOR and EUNICE ABIEMO, | ) ) ) |
| Plaintiffs, | ) Civ. No. 1:15-cv-00561-SLR ) ) |
| v. | ) ) |
| JOSEPH C. REYNOLDS, and FEDEX FREIGHT, INC., | ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree, by and through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice.

WEIK, NITSCHE & DOUGHERTY

*/s/ Gary S. Nitsche*
GARY S. NITSCHE, P.A. (#2617)
JOEL H. FREDRICKS, ESQ. (#5336)
305 N. Union Street, Second Floor
P.O. Box 2324
Wilmington, DE  19899
(302) 655-4040
Attorneys for Plaintiff

ALLSTATE INSURANCE COMPANY

*/s/ Mary E. Sherlock*
MARY E SHERLOCK, ESQ. (#2228)
19 South State Street
Suite 100
Dover, DE  19901
(302) 346-6377
Attorney for Defendants

SO ORDERED this _____ day of _____, 2016.

_____
The Honorable Sue L. Robinson